ACCEPTED
03-15-00258-CR
6975310
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 2:33:15 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00258-CR

IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS

SITTING IN AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 2:33:15 PM
JEFFREY D. KYLE
Clerk

STEPHANIE MAIE HEINTZLEMANN

Appellant

VS.

THE STATE OF TEXAS

The State

Appealed from the District Court of Burnet County, Texas, 33th/ 424th Judicial District

**MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

ALICE PRICE
State Bar No. 00768177
apgregg50@hotmail.com
408 South Liveoak St.
Lampasas, TX 76550
512/556-4777 Phone
512/556-4779 Fax

ATTORNEY FOR APPELLANT

NO. 03-15-00258-CR


IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS

SITTING IN AUSTIN, TEXAS


STEPHANIE MAIE HEINTZLEMANN

Appellant

VS.

THE STATE OF TEXAS

The State


Appealed from the District Court of Blanco County, Texas, 33rd Judicial
District


**MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S
BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Now comes, STEPHANIE MAIE HEINTZLEMANN, Appellant, and

files his Motion for an Extension of Time to File Appellant's Brief, and

pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, would show

unto the Court the following:

a.  The deadline for filing Appellant's Brief is September 18, 2015.

b.  The length of time requested for the extension of time is 45 days.

c.  Appellant requests an extension of time to be able to properly prepare Appellant's arguments for the brief.

d.  The number of extensions of time which have been previously requested regarding Appellant's Brief is none.

e.  I have been involved in numerous cases in the 27th district court in Lampasas, Texas that have required much court time and time away from my office. I have also been traveling extensively with my son who received a severe back injury during the early part of this month. We have spent a significant amount of time in orthopedist specialty clinics and hospitals. This turn of events has taken up an unexpected amount of my time, that I was devoting to the preparation of this brief.

Respectfully submitted,

/s/ Alice Price
ALICE PRICE

State Bar No. 00768177
408 South Liveoak St.
Lampasas, TX 76550
512/556-4777 Phone
512/556-4779 Fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, ALICE PRICE, hereby certify that a true and correct copy of the foregoing Motion for an Extension of Time to File Appellant's Brief was delivered to the office of Mr. Gary Bunyard, Assistant District Attorney for Burnet/Blanco  33/424th District courts, via facsimile number (325) 247-5274.


Date:          September 17, 2015

                                            /s/    Alice Price_____
                                            ALICE PRICE



## CERTIFICATE OF CONFERENCE

I, ALICE PRICE, hereby certify that my office has contacted and conferred with Assistant District Attorney for Burnet County, Gary Bunyard, on September 17th, via telephone. The state has no objection to my motion for an extension of time.



                                            /s/    Alice Price_____
                                            ALICE PRICE